**Order entered February 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00458-CR

**LONZELL HUNTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-76537-P**

## ORDER

Before the Court is the State's February 13, 2019 motion for access to sealed records. In the motion, the State notes that appellant's argument on appeal addresses, in part, motions and exhibits that were filed under seal. The State requests access to those sealed clerk's records via the attorney portal.

Records that are sealed are not technologically available via the attorney portal. Thus, we are unable to grant the State the exact relief requested. Nevertheless, we **GRANT** the State's motion to the extent that the State's attorney of record may obtain, upon presentation of proper identification in person to the Clerk of the Court, a copy of the sealed record.

/s/     LANA MYERS
          JUSTICE